# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:20-mj-00086-BK |
| | § | Other Dist. Docket No. 4:17-cr-34-1 |
| v. | § | Charge Pending: |
| | § | Southern District of Texas |
| ABRAN MARTINEZ (1) | § | Houston Division |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**JAN 31 2020**
**CLERK, U.S. DISTRICT COURT**
By_____ Deputy

## REPORT OF PROCEEDINGS UNDER RULES 32.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with violating conditions of probation or supervised release. Having been arrested in this district on a warrant issued on the petition to revoke probation or supervised release, she appeared before me for proceedings as follows:

---

**32.1(a)(5)(A):**  ☐ The alleged violation occurred in this district.

☐ The defendant waived preliminary hearing.

☐ Based on the evidence presented during preliminary hearing, the Court finds that:

  ☐ There is probable cause to believe that a violation occurred.

  ☐ There is NOT probable cause to believe that a violation occurred.

---

**32.1(a)(5)(B):**  ☑ The alleged violation did not occur in this district.

☐ The government has produced copies of the judgment, warrant, and warrant application.

☑ The defendant waived production of copies of the judgment, warrant, and warrant application.

☑ The Court finds that the person before the Court is the defendant named in the warrant because:

  ☑ The defendant waived identity hearing.

  ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is NOT the defendant named in the warrant.

☑ The defendant waived detention hearing in this district and requested that detention hearing be held in the prosecuting district.

**ORDER ENTERED ON THE FOREGOING REPORT**

TO: UNITED STATES MARSHAL

☑ You are commanded to remove the above named defendant forthwith to the district in which he/~~she~~ is charged and there deliver him/~~her~~ to the United States Marshal for that district or to some other officer authorized to receive him/~~her~~.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

SIGNED:

_____
Renee H. Toliver
United States Magistrate Judge

(Use Other Side for Return)