TDIS

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:20–mj–00086–BK All Defendants
*Internal Use Only*

Case title: USA v. SEALED  
Other court case number: 4:17–cr–34–1 Southern District of Texas–Houston Division

Date Filed: 01/31/2020  
Date Terminated: 01/31/2020

Assigned to: Magistrate Judge Renee Harris Toliver

**Defendant (1)**

**Abran Martinez**  
*TERMINATED: 01/31/2020*

represented by **Federal Public Defender**  
Federal Public Defender – Dallas  
525 Griffin St  
Suite 629  
Dallas, TX 75202  
214–767–2746  
Fax: 214–767–2886  
Email: jason_hawkins@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Federal Public Defender Appointment  
Bar Status: Admitted/In Good Standing

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Arrest | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Suzanna O Etessam–DOJ** |
| | | US Attorney's Office |
| | | 1100 Commerce St |
| | | 3rd Floor |
| | | Dallas, TX 75242 |
| | | 214–659–8643 |
| | | Fax: 214–659–8803 |
| | | Email: suzanna.etessam@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney's Office* |
| | | *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/31/2020 | | | Arrest (Rule 5) of Abran Martinez. Case Number 4:17–cr–34–1 from Southern District of Texas–Houston Division. (mcrd) (Entered: 01/31/2020) |
| 01/31/2020 | 1 | 3 | Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: Initial Appearance as to Abran Martinez held on 1/31/2020. Date of Arrest: 1/31/2020 Location interval set to: LO. Attorney Appearances: AUSA – Suzanna Etessam; Defense – Stephanie Inman. (No exhibits) Time in Court – :09. (Court Reporter: Debbie Kriegshauser) (mcrd) (Entered: 02/04/2020) |
| 01/31/2020 | 2 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Abran Martinez. Federal Public Defender for Abran Martinez appointed. (Ordered by Magistrate Judge Renee Harris Toliver on 1/31/2020) (mcrd) (Entered: 02/04/2020) |
| 01/31/2020 | 3 | 5 | WAIVER of Rule 32 Hearings by Abran Martinez. (mcrd) (Main Document 3 replaced on 2/4/2020) (mcrd). (Entered: 02/04/2020) |
| 01/31/2020 | 4 | 6 | (Document Restricted) CJA 23 Financial Affidavit by Abran Martinez. (mcrd) (Entered: 02/04/2020) |
| 01/31/2020 | 5 | 8 | Motion for Detenton as to Abran Martinez filed by USA. (Notice: Any required service of this document is the responsibility of the filer.) (mcrd) (Entered: 02/04/2020) |
| 01/31/2020 | 6 | 11 | Report of Proceedings under Rule 32.1 and Order Entered Thereon as to Abran Martinez. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Southern District of Texas–Houston. (Ordered by Magistrate Judge Renee Harris Toliver on 1/31/2020) (mcrd) (Entered: 02/04/2020) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: RENEE HARRIS TOLIVER | | Debbie Kriegshauser |
|---|---|---|
| DEPUTY CLERK: M. Wright | | COURT REPORTER/TAPE NO: ~~ETR~~ |
| LAW CLERK: | | USPO/PTSO: |
| INTERPRETER: | | COURT TIME: 9 Minutes |
| A.M. | P.M. | DATE: January 31, 2020 |

☐ MAG. NO.    ☐ DIST. CR. NO. 3:20-mj-00086-BK *SEALED*    USDJ Magistrate Judge Renee Harris Toliver

UNITED STATES OF AMERICA    §    Suzzanne Etessam, AUSA
                            §
v.                          §    _____ ☐
                            §
                            §    Stephanie Inman (F)    ☐
ABRAN MARTINEZ (1)          §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☐ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT  ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: 01/31/2020  ☐ SURRENDER_____
☑ RULE 5/32  ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____ ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☑ DEFT  ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF  ☐ PRELIMINARY HEARING  ☑ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS:_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 31 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

1:50  3:01
1:54  3:06

3

## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Texas
## Dallas

| | |
|---|---|
| USA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 3:20–mj–00086–BK |
| ) | |
| Abran Martinez ) | |
|     Defendant. ) | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Based on the defendant's sworn Financial Affidavit and representations in open court, the Court finds that the defendant is financially unable to obtain counsel. Pursuant to 18 USC § 3006A, the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the defendant for all proceedings, including any appeal.

    SO ORDERED ON 1/31/2020.

_____
Renee Harris Toliver
Magistrate Judge

AO 466 (Rev. 01/09) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

Case 3:20-mj-00086-BK   Document 3   Filed 01/31/20   Page 1 of 1   PageID 10
Case 3:20-mj-00086-BK   Document 7   Filed 02/04/20   Page 5 of 12   PageID 17

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:20-mj-00086-BK *SEALED* |
| | § | |
| v. | § | |
| | § | |
| ABRAN MARTINEZ (1) | § | Charging District's Case No. 4:17-cr-34-1 |

**FILED JAN 31 2020 CLERK, U.S. DISTRICT COURT**

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the (name of other court) Southern District of Texas-Houston Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;
(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and
(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.
☐ a preliminary hearing.
☐ a detention hearing.
☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 31 day of January, 2020

_Defendant's signature_

_Signature of defendant's attorney_

Stephanie Inman
_Printed name of defendant's attorney_

AO 466 (Rev. 01/09) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

Case 3:20-mj-00086-BK Document 4 (Ex Parte) Filed 01/31/20 Page 1 of 2 PageID 5
Case 3:20-mj-00086-BK Document 7 Filed 02/04/20 Page 6 of 12 PageID 18

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

FILED
JAN 31 2020
CLERK, U.S. DISTRICT COURT
By_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:20-mj-00086-BK *SEALED* |
| | § | |
| v. | § | |
| | § | |
| ABRAN MARTINEZ (1) | § | Charging District's Case No. 4:17-cr-34-1 |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the (name of other court) Southern District of Texas-Houston Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;
(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and
(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.
☐ a preliminary hearing.
☐ a detention hearing.
☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 31 day of January, 2020

_____
Defendant's signature

_____
Signature of defendant's attorney

Stephanie Inman
_____
Printed name of defendant's attorney

6

3:20 MJ 86-BK

CJA 23 (Rev. 11/11)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 31 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF

_____ v. _____

FOR
AT

LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name)
X  Abran Martinez

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Self-Employed   Sergio Cervantes $20/hr
Name and address of employer: On Demand Staffing   $10,500
IF YES, how much do you earn per month? $ 2000
IF NO, give month and year of last employment? How much did you earn per month? $
If married, is your spouse employed? ☐ Yes ☒ No
IF YES, how much does your spouse earn per month? $ N/A
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ N/A

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, give the amount received and identify the sources
RECEIVED: $ 0
SOURCES: $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, total amount? $ 0

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, give value and description for each
VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☒ Single
☐ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents: 0

List persons you actually support and your relationship to them: 0

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent | $300.00 | $300.00 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Abran Martinez

Date: 1-31-20

7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JAN 31 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

ABRAN MARTINEZ

NO. 3:20-MJ-86-BK

## MOTION FOR DETENTION

The United States moves for detention of above named defendant pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. §3156);

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    __X__ Serious risk obstruction of justice

    _____ Felony involving a minor victim

    _____ Felony involving a firearm, destructive device, or any other dangerous weapon

    _____ Felony involving a failure to register (18 U.S.C. § 2250)

    __X__ Petition for Supervised Release Revocation filed

Motion for Detention - Page 1

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States **will** invoke the rebuttable presumption against defendant because (check one or both):

    ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

    __X__ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ day (not more than 3).

**Motion for Detention - Page 2**

January 31, 2020.

        Respectfully submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY

        */s/ Suzanna O. Etessam*

        SUZANNA O. ETESSAM
        Assistant United States Attorney
        Texas Bar No. 17572420
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242
        Telephone: 214.659.864
        Email:  Suzanna.etessam@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the January 31, 2020.

        */s/ Suzanna O. Etessam*

        Suzanna O. Etessam
        Assistant United States Attorney

**Motion for Detention - Page 3**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:20-mj-00086-BK |
| | § | Other Dist. Docket No. 4:17-cr-34-1 |
| v. | § | Charge Pending: |
| | § | Southern District of Texas |
| ABRAN MARTINEZ (1) | § | Houston Division |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JAN 31 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## REPORT OF PROCEEDINGS UNDER RULES 32.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with violating conditions of probation or supervised release. Having been arrested in this district on a warrant issued on the petition to revoke probation or supervised release, she appeared before me for proceedings as follows:

---

**32.1(a)(5)(A):** ☐ The alleged violation occurred in this district.

☐ The defendant waived preliminary hearing.

☐ Based on the evidence presented during preliminary hearing, the Court finds that:

☐ There is probable cause to believe that a violation occurred.

☐ There is NOT probable cause to believe that a violation occurred.

---

**32.1(a)(5)(B):** ☑ The alleged violation did not occur in this district.

☐ The government has produced copies of the judgment, warrant, and warrant application.

☑ The defendant waived production of copies of the judgment, warrant, and warrant application.

☑ The Court finds that the person before the Court is the defendant named in the warrant because:

☑ The defendant waived identity hearing.

☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is NOT the defendant named in the warrant.

☑ The defendant waived detention hearing in this district and requested that detention hearing be held in the prosecuting district.

11

ORDER ENTERED ON THE FOREGOING REPORT

TO:  UNITED STATES MARSHAL

    ☑    You are commanded to remove the above named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

    ☐    It is ORDERED that this defendant be released from custody on bond pending further proceedings.

    ☐    It is ORDERED that this defendant be discharged.

SIGNED:

_____
Renee H. Toliver
United States Magistrate Judge

(Use Other Side for Return)

12